LAW OFFICES OF
CHRISTOPHER H. WING
A PROFESSIONAL CORPORATION
1101 E STREET
SACRAMENTO, CA 95814
(916) 441-4888
State Bar #063214

ATTORNEYS FOR:   Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>TIMOTHY CHARLES MATTOS<br><br>　　　　　　　　Defendant, | No. CR. S-04-0308-MCE<br>[PROPOSED] ORDER CONTINUING STATUS CONFERENCE HEARING FROM MAY 10, 2005 AT 8:30 AM TO JUNE 21, 2005<br>EXCLUSION OF TIME<br><br>HON. MORRISON C. ENGLAND |

　　　　This matter having come on before me pursuant to the stipulation of the parties and good cause appearing therefore,

　　　　IT IS ORDERED THAT: the Status Conference Hearing now set for May 10, 2005 at 8:30 am is vacated and the matter set for a Status Conference Hearing on June 21, 2005 at 8:30 am.

　　　　Further, the Court finds that time is excluded based upon the representation of the parties and such time will be excluded pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(B)(ii), complexity of the case and (iv) to allow sufficient time for counsel to

///

///

///

1

1  be prepared; [LocalCodes T2 and T4], until the next appearance, on June 21, 2005 or
2  by further order of this Court.
3  Dated: May 12, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

/ / /