LAW OFFICES OF
**CHRISTOPHER H. WING**
A PROFESSIONAL CORPORATION
1101 E STREET
SACRAMENTO, CA 95814
(916) 441-4888
State Bar #063214

ATTORNEYS FOR:   Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY CHARLES MATTOS,<br><br>Defendant. | No. CR. S-04-0308-MCE<br><br>[~~PROPOSED~~] ORDER CONTINUING STATUS CONFERENCE HEARING FROM JULY 26, 2005 TO AUGUST 30, 2005; EXCLUSION OF TIME<br><br>HON. MORRISON C. ENGLAND |

### [~~PROPOSED~~] ORDER

This matter having come on before me pursuant to the stipulation of the parties and good cause appearing therefore,

IT IS ORDERED THAT: the Status Conference Hearing now set for July 26, 2005 at 8:30 am is vacated and the matter set for a Status Conference Hearing on August 30, 2005 at 8:30 am.

//
//
//
//
//
//
//

1

1   Further, the Court finds that time is excluded based upon the representation of
2   the parties and such time will be excluded pursuant to the Speedy Trial Act, 18 U.S.C.
3   §3161(h)(8)(B)(ii), complexity of the case and (iv) to allow sufficient time for counsel to
4   be prepared; [Local Codes T2 and T4], until the next appearance, on August 30, 2005
5   or by further order of this Court.

Dated: July 29, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

///

2