LAW OFFICES OF
**CHRISTOPHER H. WING**
A PROFESSIONAL CORPORATION
1101 E STREET
SACRAMENTO, CA 95814
(916) 441-4888
State Bar #063214
ATTORNEYS FOR:  Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>TIMOTHY CHARLES MATTOS,<br><br>　　　　　Defendant. | No. CR. S-04-0308-MCE<br><br>STIPULATION AND  [PROPOSED]<br>ORDER CONTINUING STATUS<br>CONFERENCE HEARING FROM,<br>NOVEMBER 8, 2005 TO, NOVEMBER<br>29, 2005; EXCLUSION OF TIME<br><br>HON. MORRISON C. ENGLAND |

### [PROPOSED] ORDER

This matter having come on before me pursuant to the stipulation of the parties and good cause appearing therefore,

IT IS ORDERED THAT: the Status Conference Hearing now set for November 8, 2005 at 8:30 am is vacated and the matter set for a Status Conference Hearing on, November 29, 2005 at 8:30 am.

Further, the Court finds that time is excluded based upon the representation of the parties and such time will be excluded pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(B)(ii), complexity of the case and (iv) to allow sufficient time for counsel to be prepared; [Local Codes T2 and T4], until the next appearance, on November 29, 2005 or by further order of this Court.

Dated: November 16, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1